E-FILED 04-17-09
JS-6

cc:  order, docket and remand letter
to Los Angeles Superior Court, No. BC 400330

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA VELASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>INFINITY INSURANCE COMPANY,<br>and Does 1-100,<br><br>    Defendants. | Case No. CV 09 01508 PSG (JCx)<br><br>ORDER REMANDING CASE TO<br>STATE COURT<br><br>The Hon. Philip S. Gutierrez<br>Court Room 790 |

## ORDER

Based upon the stipulation of the parties, the case is hereby remanded back to State Court.

**IT IS SO ORDERED.**

DATED:


   04/17/09                    By: _PHILIP S. GUTIERREZ_____
                                   The Honorable Philip S. Gutierrez
                                   United States District Court Judge

101158522.1

1